UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE MJ 08-235 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | DETENTION ORDER |
| DAVID OJEDA-IBARRA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Offense charged:

    Illegal entry

Date of Detention Hearing:    Initial Appearance May 15, 2008

    The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

    (1)    Defendant is reportedly a citizen of Mexico.

DETENTION ORDER
18 U.S.C. § 3142(i)
PAGE 1

15.13
Rev. 1/91

01      (2)      The United States alleges that his presence in this country is illegal.  There is an

02  immigration detainer pending against him.   The issue of detention in this case is therefore

03  essentially moot, as the defendant would be released to immigration custody if not detained in this

04  case.

05      (3)      Defendant and his counsel offer no opposition to the entry of an order of detention.

06      (4)      Upon advice of counsel, defendant declined to be interviewed by Pretrial Services.

07  Therefore, there is limited information available about him.

08      (5)      There does not appear to be any condition or combination of conditions that will

09  reasonably assure the defendant's appearance at future Court hearings while addressing the danger

10  to other persons or the community.

11  It is therefore ORDERED:

12      (1)      Defendant shall be detained pending trial and committed to the custody of the

13               Attorney General for confinement in a correction facility separate, to the extent

14               practicable, from persons awaiting or serving sentences or being held in custody

15               pending appeal;

16      (2)      Defendant shall be afforded reasonable opportunity for private consultation with

17               counsel;

18      (3)      On order of a court of the United States or on request of an attorney for the

19               Government, the person in charge of the corrections facility in which defendant is

20               confined shall deliver the defendant to a United States Marshal for the purpose of

21               an appearance in connection with a court proceeding; and

22      (4)      The clerk shall direct copies of this Order to counsel for the United States, to

DETENTION ORDER                                                                  15.13
18 U.S.C. § 3142(i)                                                          Rev. 1/91
PAGE 2

01          counsel for the defendant, to the United States Marshal, and to the United States

02          Pretrial Services Officer.

03      DATED this 15th day of May, 2008.

04
                                        Mary Alice Theiler
05                                      United States Magistrate Judge
06

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

DETENTION ORDER                                                    15.13
18 U.S.C. § 3142(i)                                               Rev. 1/91
PAGE 3